## Commonwealth *v.* Wise, Appellant.

Submitted December 12, 1966. *Isaac Wise,* appellant, in propria persona; *Burton D. Fretz* and *Alan J. Davis,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Cosgrove Unemployment Compensation Case.

Argued December 15, 1966. *Margaret Cosgrove,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *Edward Friedman,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.